JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SAMMIE LYLES, an individual<br><br>    Plaintiff,<br><br>    vs.<br><br>UNIVERSITY OF SOUTHERN CALIFORNIA, a California corporation; KEIFE ALEX, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:16-cv-01137-RGK-KK<br><br>[Assigned for All Purposes to the Hon. R. Gary Klausner, Courtroom 850]<br><br>**ORDER APPROVING DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Complaint Filed: February 18, 2016<br>Trial Date: March 21, 2017 |

ORDER DISMISSING ACTION

669414.1 - 04925.00030

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that this action be dismissed in its entirety, with prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**

Date: January 12, 2017

_____
Hon. R. Gary Klausner
United States District Judge

[PROPOSED] ORDER DISMISSING ACTION
669414.1 - 04925.00030